UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/10/11

SECURITIES AND EXCHANGE COMMISSION,

Plaintiff,

- against -

LOUIS W. ZEHIL,
STRONG BRANCH VENTURES IV LP, and
CHESTNUT CAPITAL PARTNERS II, LLC,

Defendants.

07 Civ. 1439 (LAP)

ECF CASE

RECEIVED
MAY - 5 2011
LORETTA A. PRESKA
CHIEF U.S. DISTRICT JUDGE
S.D.N.Y.

### ORDER GRANTING MOTION TO TERMINATE STAY, TO TERMINATE ASSET FREEZE, TO ENTER JUDGMENT ON CONSENT AGAINST DEFENDANT LOUIS W. ZEHIL, AND TO ENTER DEFAULT JUDGMENTS AGAINST DEFENDANTS STRONG BRANCH VENTURES IV LP, AND CHESTNUT CAPITAL PARTNERS II, LLC.

The plaintiff Securities and Exchange Commission having moved: (1) that the Court terminate the stay of proceedings entered herein at the request of the United States Attorney's Office on June 17, 2008 (Dkt. No. 52), as amended by order dated August 18, 2008 (Dkt. No. 56), as modified on August 13, 2009 (Dkt. No. 82), and as further modified on August 18, 2010 (Dkt. No. 88); (2) that the Court terminate the asset freeze ordered in this action; (3) that the Court enter a final judgment on consent against the defendant Louis W. Zehil ("Zehil"); and that the Court enter default judgments against Strong Branch Ventures IV LP ("Strong Branch") and Chestnut Capital Partners II, LLP ("Chestnut"), and it appearing to the Court that such motion should be granted,

I.

**IT IS HEREBY ORDERED**, that the stay of proceedings entered herein at the request of the United States Attorney's Office on June 17, 2008 (Dkt. No. 52), as amended by order

dated August 18, 2008 (Dkt. No. 56), as modified on August 13, 2009 (Dkt. No. 82), and as further modified on August 18, 2010 (Dkt. No. 88), be and the same is hereby terminated.

## II.

**IT IS HEREBY FURTHER ORDERED**, that the asset freeze imposed by the Court with respect to Zehil, Strong Branch, and Chestnut be and the same is hereby terminated.

## III.

**IT IS HEREBY FURTHER ORDERED**, that the transfer of assets of the receivership for Strong Branch and Chestnut to the United States Marshals Service and/or the United States Attorney's Office, as ordered on November 16, 2009 (Dkt. No. 86) is hereby ratified and confirmed on the basis of the Judgment of Conviction and the Consent Preliminary Order of Forfeiture entered on February 28, 2011 and placed on the docket on March 7, 2011 in *United States v. Louis W. Zehil*, 07-CR-659 (DAB). The Commission and the former Receiver are authorized and directed to take such further action as may be necessary or proper to effectuate such Order.

## IV.

The Clerk is hereby directed to close this action.

Dated:   New York, New York
         May 10, 2011

_____
UNITED STATES DISTRICT JUDGE