USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/10/11

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SECURITIES AND EXCHANGE COMMISSION,

Plaintiff,

- against -

LOUIS W. ZEHIL,
STRONG BRANCH VENTURES IV LP, and
CHESTNUT CAPITAL PARTNERS II, LLC,

Defendants.

07 Civ. 1439 (LAP)

ECF CASE

RECEIVED
MAY - 5 2011
LORETTA A. PRESKA
CHIEF U.S. DISTRICT JUDGE
S.D.N.Y.

---

## FINAL JUDGMENT AS TO DEFENDANT
## STRONG BRANCH VENTURES IV LP

The plaintiff Securities and Exchange Commission (the "Commission") having filed a Complaint, and the Clerk having noted a default against the defendant Strong Branch Ventures IV LP ("Defendant") on May 2, 2011 pursuant to Rule 55(a) of the Federal Rules of Civil Procedure, and the Commission having moved for the entry of a default judgment against Strong Branch, and it appearing that the same should be granted,

### I.

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED**, that Defendant is liable for disgorgement of $9,754,935, representing profits gained as a result of the conduct alleged in the Complaint. This shall be a joint and several liability with the defendant Louis W. Zehil ("Zehil").

### II.

**IT IS FURTHER HEREBY ORDERED, ADJUDGED, AND DECREED**, that the Defendant's disgorgement obligation is deemed to be fully satisfied by the amounts collected by the receiver and turned over to the United States Marshal as part of the criminal forfeiture and

restitution ordered against Zehil in the parallel criminal action, *United States v. Zehil*, 07 Cr. 659 (DAB) (S.D.N.Y.).

### III.

**IT IS FURTHER HEREBY ORDERED, ADJUDGED, AND DECREED**, that this Court shall retain jurisdiction of this matter for the purpose of enforcing the terms of this Final Judgment.

Dated: New York, New York
May 10, 2011

*Loretta A. Preska*
UNITED STATES DISTRICT JUDGE